# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **RONNIE ONEY** § | |
| d/b/a **RONNIE'S WRECKER SERVICE** § | |
| *Plaintiff,* § | **CIVIL ACTION NO. 2:24-cv-00220** |
| § | **JURY DEMANDED** |
| **V.** § | |
| § | |
| § | |
| **TRISURA SPECIALTY INSURANCE** § | |
| **COMPANY** § | |
| *Defendant.* § | |

## DEFENDANT TRISURA SPECIALTY INSURANCE COMPANY'S JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, **TRISURA SPECIALTY INSURANCE COMPANY**, who makes and files this demand for a trial by jury in accordance with the provisions of FED. R. CIV. P. 38, pursuant to Local Rule CV-38(a).

Respectfully Submitted,

**THE LAW OFFICE OF KYLE J. MOORE, PLLC**

By:  /s/ *Kyle J. Moore*
**Kyle J. Moore**
Texas Bar No. 24117775
25211 Grogans Mill Rd Ste 130
Spring TX 77380
**Telephone**: 832-856-7737
**Fax**: 832-685-8395
**Email**: kyle@kjm.law
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

In accordance with the Federal Rules of Civil Procedure, I hereby certify that on April 1, 2024, a true and correct copy the foregoing instrument was served on the following counsel of record authorized by Federal Rule of Civil Procedure 5(b)(2):

*Via ECF*
**Josh B. Maness**
Maness Law Firm, PLLC
480 W. Texas Avenue
Waskom, Texas 75692
josh@joshmaness.com
Tel. 903-407-8455
Fax 877-320-5751
*Attorney for Plaintiff*

        **By:** /s/ *Kyle J. Moore*
            **Kyle J. Moore**