IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RONNIE ONEY d/b/a RONNIE'S WRECKER SERVICE,<br><br>*Plaintiff*,<br><br>v.<br><br>TRISURA SPECIALTY INSURANCE COMPANY,<br><br>*Defendant*. | § § § § § § § § § § § § CASE NO. 2:24-CV-00220-JRG-RSP |

## ORDER

Before the Court is the Plaintiff's Motion to Dismiss with Prejudice (the "Motion") filed by Ronnie Oney. (Dkt. No. 5.) In the Motion, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action with prejudice. (*Id*. at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 24th day of May, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE